Harry Fred SCOTT, Etc.;
et al, Plaintiffs,

Harry Fred Scott, Reverend,
Plaintiff–Appellant,

v.

Wayne MASK, Mayor of Crockett, Texas; Jake Caprellian, Crockett Economic Development Board Chairman; William "Bill" Horn, City Administrator; William "Bill" Pemberton, City Attorney; Crockett Independent School District, Defendants–Appellees.

No. 03–40123.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Nov. 26, 2003.

Harry Fred Scott, pro se, Crockett, TX, for Plaintiff–Appellant.

William Reese Pemberton, Crockett, TX, for Defendants–Appellees.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before SMITH, DEMOSS, and STEWART, Circuit Judges.

PER CURIAM.*

Harry Fred Scott appeals from the dismissal of his civil lawsuit for failure to prosecute under FED. R. CIV. P. 41(b). Though Scott has proceeded pro se on appeal, he is still required to brief his arguments adequately to preserve them. *See Yohey v. Collins*, 985 F.2d 222, 225 (5th Cir.1993). Though Scott contends that the dismissal was erroneous, he has failed to support that contention with adequate argument. Therefore, the appeal is dismissed as frivolous. *See Howard v. King*, 707 F.2d 215, 219–20 (5th Cir.1983); 5TH CIR. R. 42.2. The appellant is WARNED that sanctions will be imposed if he files further frivolous appeals.

APPEAL DISMISSED; SANCTION WARNING ISSUED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.